IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARQUIS JONES, #246881, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-CV-478-TMH |
| ) | |
| KIM THOMAS, JEFFERY WILLIAMS, ) | |
| WILLIE THOMAS, PHYLISS BILLUPS, ) | |
| L.C. JACKSON, and KATHY HOLT, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 10, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 22.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that this case is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 7th day of March, 2014.

                                      /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE